**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-1751**

———————

AMEDE MOLIMI BULA BULA,

Petitioner,

versus

JOHN ASHCROFT, Attorney General of the United
States,

Respondent.

———————

On Petition for Review of an Order of the Board of Immigration
Appeals. (A79-466-106)

———————

Submitted: July 21, 2004                Decided:  August 6, 2004

———————

Before WIDENER, WILKINSON, and MICHAEL, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Ana T. Jacobs, ANA T. JACOBS & ASSOCIATES, Washington, D.C., for
Petitioner.  Peter D. Keisler, Assistant Attorney General, David V.
Bernal, Assistant Director, Anthony P. Nicastro, Office of
Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE,
Washington, D.C., for Respondent.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Amede Molimi Bula Bula, a native and citizen of the Democratic Republic of the Congo, petitions for review of an order of the Board of Immigration Appeals ("Board") dismissing his appeal of the immigration judge's denial of his motion to reconsider. We have reviewed the administrative record and the Board's order and find that the Board did not abuse its discretion. See INS v. Doherty, 502 U.S. 314, 323-24 (1992). Additionally, we conclude Bula Bula's claims that the Board's new streamlining regulations, pursuant to which his appeal was decided by a single Board member, were impermissibly retroactive, inconsistent with the Immigration and Nationality Act, and in violation of his rights under the Due Process Clause are foreclosed by Blanco de Belbruno v. Ashcroft, 362 F.3d 272 (4th Cir. 2004), in which we concluded to the contrary.

Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

- 2 -